4-2-19   To whom it may Concern. Supreme Court

My Name is Micheal Cross and I have been getting these little spots on my legs every since I have been in the Danville Public Safety Building. The water in here is messing up my skin and it hurts when it gets in my ears they get infected and I don't have $17.00 to pay the nurse to see if I have anything wrong Also we get locked up in a Condemed invironment and have to worry about what kind of deceases all these other inmates may have. The spots I have popping up will not heal and they won't go away. So what am I to do when I need medical How do you expect us to get healthy when they feed a grown man 1 donut and 1 cup of coffee for breakfast and just barely make it by with the little bit for lunch and dinner and then go hungry til we do it all again the next day We depend on commisary to survive and it is made of all junk food. How can a grown man only be aloud to spend $25.00 a week and the things we have to choose from is all Candy and sweets Snickers, MilkyWay, Reese's, 3 musketeers, Plain M&Ms, Peanut M&Ms Baby Ruth, Twix, Red Licorce bites, Jolly Ranchers, Oatmeal Cream Pies, Nutty Bars, Jacks Links, Jalapeno Sqz Chz, PB crackers, Cheese Crackers, Club Crackers, Honey Roasted Peanuts, Cajun Mix, this is all the food items that we are allowed to order and this is unhealthy. We are supposed to be on a

FILED
APR 10 2019
CLERK OF THE COURT
U.S. DISTRICT COURT

2000 Calorie diet and if we order our whites such as socks, boxers, T-shirts, long underwear pants and long underwear shirts it cuts into our $25.00 limit. We live in a unhealthy invironment and don't have smoke detectors or sprinkler systems. What if we had a fire? What if I needed to make emergency contact with an officer. We have no push buttons or noway to contact an officer in a time of need. If an inmate was to come in here with TB we would not know because they do not test inmates for any kind of deceases we have to put a playing card up on the camra to get an officers attention what if I was to have a heart attack and no one is here to help I would just die in this place. April 3rd 2019 I finally got my sulfur 8 and I was only allowed 1 container and the nurse charged me $17.00 to give me my sulfur 8 that my family has brought up here for medical reasons. And I also put in to find out about the dust on the cold-air returns and I was told that they don't have to change filters or clean any vents but every 5 years, how is that sanitary?

Micheal Cross
2 East South St
Danville Il
61832

Legal Mail

Central District Of Illinois
Office of the Clerk
United States District Court
151 Us Court House
600 East Monroe St.
Springfeild Il 62701

62701-165025

Legal Mail